In The United States Bankrupcy
Court For The District of Delware

Alvester Coleman
creditor

Chapter 11
Cause No. 14-10979
Energy Future Holdings Corp.
Debtor(s)
Jointly Adminstered

Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut to 11 U.S. Code. § 1104. With Authority to take Action Against Debtor's Subsidiaries.

Come Now, Alvester Coleman, pro se represenotive ask this Motion as syled above be Accepted by the court as an Emergency to Appoint U.S. Trustee, with authority to manage day-to-day f of Estate with also authority to take action Against Debtors-in-possession and subsidiaries.

I. Factual Background

The Creditor Alvester Coleman is the correct person therefore to file Amended claim(s) on or about Jan. 2020.

One 3-27-2020 Hearing was held, court Order and Granted my Priority Admended claim for Asbestos. To this date claim has Not be disturboted.

This showing Denied of Asbestos claim but intentionally of Debtor to impear minerals with in same property inwhic Alvester Coleman is owner, The counsel of Jason madron, was given Order for payment instead he passed along Order to Disbursing Agent also in non-compliance to Court Order, as stated previously to the Court of 3rd party involedment. On 3-24-2020 Confrence call was made to Delware Bankrupcy Court and the Judicial Assistant Stated I can recieve all information purtianing to Approved Amended claim from Jason Madron. To this date the have Not been any phone calls returned only emails made to madron@rlf.com. Emails were exchanged with Jason Madron from date of 3-24-2020 - 4-1-2020. On each email Mr. Madron states he will only pay Unsercured claim I didn't file in 201 and I will Not recieve Priortiy Amended Claim and I should Seek legal counsel. To this date therefore Creditor has NOT recieved payment and or explaination to the unknown unsecured claim recieved.

These statement of facts show reason for Creditor's Emergency Motion for Court Appointed U.S. Trustee or Examiner to act as last resort to protect Estates assets that are in Danger.

A. Appointing ______________ as U.S Trustee as of Assets in this named cause number "the Estate" EFFECTIVE IMMEDIATELY UPON the issuance of this Order file as forth.

B. GRANTS, the U.S. Trustee the authority to take Immedate Possession, Custody, and Control of All Assets being claim or held by Debtor(s) "EFH" and all jointly adiminastared Debtor(s) Trustee is given Authority deems nessary to maintain, operate, and preserve the Estate and it's prodjects. Oversee the past and present handling of this case, and all for good cause and best interest of Creditor, Alvester Coleman and consumers alike.

C. INSURE, All property, permit(s), mineral interest decimal corrected, stock certificates, bonds, accounts recievables, rental income, capital distributions, quateraly dividend payment allieoated/ government lease updated, Division Orders updated and made accessiable and payable to, Alvester Coleman, inwhich to insure Priority A Claim is to be made payable to above named Creditor.

D. Insure, All parties including administration, manaagement, Debtor's committe, Creditor's committee, each retain counsel of record, ARE IN COMPLIANCE with appicable Bankrupcy and/or State Laws This includes monitoring of conduct of each party in further proceedings; with Authority to report or refer ALL findings may include fraud, dishonesty, incompetence, gross mismanagement of the affairs of the debtor(s), current management, shareholders, CEO's. and All involded with "EFH's subsisdairies.

Therefore, in closing it is the Prayer of the Creditor/owner that this Emergency Motion be GRANTED.

1) Grants U.S. Trustee as Emergency
2) Insure Granted Priority Amended Asbestos Claim Distributed through/by Trustee
3) Insure Amended Priority Stock Claim Distributed by Trustee Granted.

If a U.S. Trustee is NOT GRANTED by this Court this Creditor will continue to suffer from severe emotional distress, high risk for death due to unknown complications from the asbestos expsore, and along with Estate places many consumers alike to suffer irreperable harm as these Debtor(s) will continue to have unfettered, ~~control~~ unethical and Dangerous control over Distributions and claims.

ORDERED, ADJUDGED, and AGREED by Creditor

Entered this 3 day April 2020

Leeater Coleman
Creditor

U.S.B.C. Judge

4-3-2020

In The United States Bankrupcy
Court For The District of Delware

| | |
|---|---|
| Alvester Coleman<br>Creditor | Chapter 11 |
| | Cause No. 14-10979 |
| | Energy Future Holdings CORP.<br>Debtor |
| | (Jointly Adminstered) |

# Agreed Order Appointing Emergency U.S. Trustte or Examiner

On this 3 day of April 2020 Creditor file Emergency Motion for Court Appointment of U. S. Trustee or Examiner came to court on behalf of the Creditor and notice given to Debtor. The Court finds that this Creditor AGREED on the Court to Appoint a U.S. Trustee or Examiner, to recieve and manage for distrubution of assets in control of Debtor(s) (EFH & others), and be Appointed on Emergency basis. The Court having the full authoirty and jur over the above cause matter. The Court Further finds that __________ possesses the necessary qualifications and is proper person

to be, and is hereby Appointed Trustee to Estate subject to his/her agreement to serve.

On filling Trustees Otah and or any coast that may accore for Appointment inwhich cost to be charged to Debtor/S) with amount of $__________ (if any for oath (bond) as condititoned as provided by Law together with the oath, the Trustee Shall within (14) days file and recieave correct inventory, accounting books, and appraisement of the business assets of Creditor, Alvester Coleman. Objections to the inventory, accounting books, and appraisement of the creditor's business assets must be filed within (7) days of the Trustee's filings of those documents, with such objections to be decided by the Court after hearing on matter.

IT IS Therefore,

ORDERED that court have authurity to Appoint

__________________ as U.S. Trustee to this creditor's best interest for assets in control by EFH and others'

IT IS Further;

Ordered that the U.S Trustee shall file

Oath and or Bond with the District of Delware Bankrupcy Court Clerk, Wil

ITIS further,

Ordered that ________________ Shall file an inventory accounting and appraisment of assets held by EFH and jointly admin. Debtor(s) within (14) days of quaifying as the Emergency U.S. Trustee It is Further,

Ordered that the Trustee shall present any offer, and relief he seem or finds acceptable to the Court for aprvol from Court prior to accepting said offer. Further the Trustee or Examiner shall report to the Court the Sale of any assets of Creditor held by Debtor before and after sale.

Signed on April 3 2020

Agreed and Approved By:

Elwester Coleman

Creditor

Pro-se

U.S.B.C Judge

In The United States District of
Delware Bankrupcy Court

| | |
|---|---|
| Alvester Coleman<br>Creditor | Cause No. 14-10979<br>Energy Future Holdings Corp.<br>Debtors<br>Jointly Admin |

Creditor's Order On
Emergency Motion For Court Appointment of
U.S. Trustee or Examiner

After considering Creditor's Emergency Motion For Court Appointment of U.S Trustee or Examiner for best interest of Creditors assets in the Estate, The Court Hereby ORDER This Motion be GRANTED on Emergenacy basis

GRANTS, Creditor Alvester Coleman's Emergency Motion AGAINST

1. Energy Futur Holdings
2. All subsidiaries Jointly Adminastered

APPROVED O/V

Date of ____ 2020

Case No. 14-10979

Court of Delware District Bankrupcy Court

Presided By: Cheif Judge Christopher Sonc

[signature]

Creditor

Judge of Court

U.S. B.C of Delware District

Respectfully Submitted

[signature]

Alvester Coleman
3722 Happy Canyon St.
Dallas, TX 75241
avcoleman1986@gmail.com

4-3-2020

214-309-8507

In The United States Bankruptcy
Court District of Delware

Alvester Coleman
Creditor

Chapter 11
Case No. 14-10979
Energy Future Holdings Corp.
Debtors
Jointly Admin.

Creditor's 2nd Proposed Order
for Monthly Subsistence payment Against
Each Jointly Administered Debtors lead Debtor
as Energy Future Holdings Corp.

Upon the fillings of Creditor's other Motions in which to an objection or not, Comes Now is Creditor's 2nd Proposed Order as following:

1) Order Debtor as styled above and others, pay $25 million Dollar monthly subsistence Each, to be made payable to Alvester Coleman, until reorganization plan is finalized

2) Order 1st subsistance due by 5-5-2020 if not included in plan or ~~pa~~ paid priority claim.

3) Order if Granted be paid no longer than (90) days on or by July 8 2020, in which adds 90 more days to years given to settle this far.



4-3-2020

4) Order Subsistence, priority asbestos claim, priritory Stock claim, and any relief seem nessecary as relief Granted through by Court Order and or rec Of U.S. Trustee as appointed. 1

It Is

Ordered, Adjudged and Agreed that this creditor's 2nd Proposed Order for monthly subsistences of $25 million dollers from each Debtor

This In response to The EFH plan administator Board's Motion For Entry of An Order Further extending the deadline to file and Serve ojections to claims Against or interests in the EFH/EFIH Debtor(s), in which creditor has filied Objection to and ask the deadline be set on 5-5-2020 and or if Not This ORDER IS

Granted, Adjudged and Agreeded that this Creditor's 2nd Proposal Order for monthly subsistenees,

Entered _ day of ____ 2020

Alvesta Coleman
Creditor

Debtor

Debtor

U.S.B.C Judge

 4-3-2020